JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZSUZSA BLAKELY, | ) | CASE NO. CV 13-1121-CJC (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| SUPERIOR COURT OF CALIFORNIA, | ) ) ) | |
| Respondent. | ) ) ) | |

Pursuant to the Order Dismissing Petition and Denying Certificate of Appealability,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: <u>February 21, 2013</u>.

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment Re Blakely v. Superior Court.wpd